(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CONWAY, TODD JAMES** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**CONWAY, KARIE HART** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**8964** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**2489** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**14402 WOODVILLE DRIVE<br>WASECA, MN 56093** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**14402 WOODVILLE DRIVE<br>WASECA, MN 56093** |
| County of Residence or of the<br>Principal Place of Business:   **WASECA** | County of Residence or of the<br>Principal Place of Business:   **WASECA** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)
☐ Corporation
☐ Partnership
☐ Other _____

☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business      ☐ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

## Statistical/Administrative Information  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **TODD JAMES CONWAY, KARIE HART CONWAY** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ TODD JAMES CONWAY**
Signature of Debtor

X  **s/ KARIE HART CONWAY**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**10/13/2005**
Date

### Signature of Attorney

X  **/S/ STEPHEN J. BEHM**
Signature of Attorney for Debtor(s)

**STEPHEN J. BEHM,  263758**
Printed Name of Attorney for Debtor(s) / Bar No.

**ESKENS, GIBSON & BEHM LAW FIRM, CHTD.**
Firm Name

**115 EAST HICKORY STREET  SUITE 200**
Address

**P.O. BOX 1056  MANKATO, MN 56002-1056**

**(507) 345-5500**                    **(507) 345-5207**
Telephone Number

**10/13/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/S/ STEPHEN J. BEHM**              **10/13/2005**
Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.
☑    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

(Official Form 1) (12/03)

Name of Debtors: **TODD JAMES CONWAY**

**KARIE HART CONWAY**

Case Number:

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR |
| --- |

**ROBERT A. GIBSON**                              **274719**

**Form B6**
**(6/90)**

# United States Bankruptcy Court
# District of Minnesota

In re   **TODD JAMES CONWAY**        **KARIE HART CONWAY**        Case No.

Chapter      **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 335.000.00 | | |
| B - Personal Property | YES | 4 | $ 192,133.87 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 373.826.40 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 32.456.69 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 6,690.18 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,012.00 |
| Total Number of sheets in ALL Schedules ➢ | | 21 | | | |
| Total Assets ➢ | | | $ 527,133.87 | | |
| Total Liabilities ➢ | | | | $ 406,283.09 | |

FORM B6A
(6/90)

**In re:** **TODD JAMES CONWAY**                    **KARIE HART CONWAY**        ,    **Case No.** _____

_____ Debtor _____                                                                **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **HOMESTEAD LOCATED AT 14402 WOODVILLE DRIVE WASECA, MN 56093 LEGALLY DESCRIBED AS FOLLOWS:**<br><br>**LOT TEN (10), IN BLOCK FOUR (4), THE HIGHLANDS, BEING  IN THE NORTHWEST QUARTER (NW 1/4) OF SECTION TWENTY-ONE (21), TOWNSHIP ONE HUNDRED SEVEN (107) NORTH, RANGE TWENTY-TWO (22) WEST, WASECA COUNTY, MINNESOTA.** | **Fee Owner** | **J** | **$ 335,000.00** | **$ 333,067.36** |
| | **Total** ➢ | | **$ 335,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **TODD JAMES CONWAY**                **KARIE HART CONWAY**          ,   **Case No.** _____

　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH** | **J** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **ROUNDBANK 220 2ND STREET N.E. P.O. BOX 667 WASECA, MN 56093 CHECKING #XXXXXX2242 MATERIALS FOR ACCESS ARE IN DEBTORS' POSSESSION.** | **J** | **NEGATIVE** |
| | | **WINGS FEDERAL CREDIT UNION 14985 GLAZIER AVENUE SUITE 100 APPLE VALLEY, MN 55124 CHECKING #XX455 WIFE'S EMPLOYMENT EARNINGS ARE DEPOSITED INTO THIS ACCOUNT.** **DEBTOR WIFE WAS PAID ON OCTOBER 13, 2005, THE DATE OF FILING AND CLAIMS 75% WORTH OF THIS ACCOUNT AS EXEMPT WAGES.** | **J** | **1,961.74** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **FURNITURE AND APPLIANCES AND HOME DECOR -- LOTS OF IT BUT ALL IS PRETTY ORDINARY. -- IN DEBTORS' POSSESSION.** | **J** | **7,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **CLOTHING -- IN DEBTORS' POSSESSION** | **J** | **1,500.00** |
| 7. Furs and jewelry. | | **WEDDING RINGS AND OTHER MISCELLANEOUS AND UNREMARKABLE JEWELRY -- IN DEBTORS' POSSESSION. EXEMPTION CLAIM IS LIMITED TO THE WEDDING RINGS.** | **J** | **700.00** |
| | | | | |

FORM B6B
(10/89)

In re  **TODD JAMES CONWAY**                    **KARIE HART CONWAY**          Case No. _____

_____Debtor_____                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2002 REMINGTON 10 GAUGE SHOT GUN ($450.00), 1993 REMINGTON 870 EXPRESS PUMP-ACTION SHOT GUN ($100.00), 1978 MOSSBURG 20 GAUGE PUMP-ACTION SHOT GUN  ($25.00) -- IN DEBTORS' POSSESSION.** | H | 575.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **NORTHWEST AIRLINES RETIREMENT SAVINGS PLAN** **NOT PROPERTY OF THE ESTATE** **MATERIALS FOR ACCESS ARE IN DEBTORS' POSSESSION.** | W | 1,609.26 |
| | | **THE EMERSON SAVINGS PLAN  -- NOT PROPERTY OF THE ESTATE** **MATERIALS FOR ACCESS ARE IN DEBTORS' POSSESSION.** | H | 95,097.94 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

FORM B6B
(10/89)

In re **TODD JAMES CONWAY**                    **KARIE HART CONWAY**          **Case No.** _____
_____Debtor_____                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **10/12'S WORTH OF ESTIMATED 2005 STATE AND FEDERAL TAX REFUNDS OF $3,933.00** | J | 3,277.50 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1983 ROCKWOOD CAMPER WITH 54,000 MILES -- IN DEBTORS' POSSESSION. DEBTORS DID TRY TO SELL THIS VEHICLE FOR $7,000.00 BUT THEY DID NOT GET ANY OFFERS.** | J | 5,000.00 |
| | | **1996 MAXUM 19 FOOT BOAT WITH 190 HP MERC CRUISER MOTOR -- IN DEBTORS' POSSESSION. VALUE LISTED IS FOR THE WHOLE RIG.** | J | 7,000.00 |
| | | **1997 FORD F-150 PICKUP TRUCK 2X4 WITH 85,000 MILES -- IN DEBTORS' POSSESSION.** | H | 4,000.00 |
| | | **2005 DODGE DURANGO WITH 25,000 MILES -- ON LEASE WITH CHRYSLER FINANCIAL. -- IN DEBTORS' POSSESSION.** | J | 30,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

FORM B6B
(10/89)

In re  **TODD JAMES CONWAY**                    **KARIE HART CONWAY**          Case No.
_____
              Debtor                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | **X** | | | |
| 32. Farm supplies, chemicals, and feed. | **X** | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | **ESTIMATED WAGES DUE AND OWING AS OF THE DATE OF FILING.** | **J** | **2,000.00** |
| | | **INDIVIDUAL RETIREMENT ACCOUNT THROUGH EDWARD D. JONES 201 PROGRESS PARKWAY MARYLAND HEIGHTS, MO 63043-3042 #809-92581-X-X MATERIALS FOR ACCESS ARE IN DEBTORS' POSSESSION.** | **H** | **32,362.43** |

<u>   3   </u>   continuation sheets attached          Total  ˃     **$ 192,133.87**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re   **TODD JAMES CONWAY**          **KARIE HART CONWAY**          , Case No. _____
_____
                    Debtor.                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                           been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                           than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                           exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1983 ROCKWOOD CAMPER WITH 54,000 MILES -- IN DEBTORS' POSSESSION. DEBTORS DID TRY TO SELL THIS VEHICLE FOR $7,000.00 BUT THEY DID NOT GET ANY OFFERS.** | **MSA § 550.37(12a)** | **1,000.00** | **5,000.00** |
| **1997 FORD F-150 PICKUP TRUCK 2X4 WITH 85,000 MILES -- IN DEBTORS' POSSESSION.** | **MSA § 550.37(12a)** | **3,800.00** | **4,000.00** |
| **CLOTHING -- IN DEBTORS' POSSESSION** | **MSA § 550.37(4)(a)** | **400.00** | **1,500.00** |
| **ESTIMATED WAGES DUE AND OWING AS OF THE DATE OF FILING.** | **U.S.C. 15 § 1673** | **1,500.00** | **2,000.00** |
| **NONE** | **MSA § 550.37(4)(b)** | **7,000.00** | **7,000.00** |
| **HOMESTEAD LOCATED AT 14402 WOODVILLE DRIVE WASECA, MN 56093 LEGALLY DESCRIBED AS FOLLOWS:**<br><br>**LOT TEN (10), IN BLOCK FOUR (4), THE HIGHLANDS, BEING IN THE NORTHWEST QUARTER (NW 1/4) OF SECTION TWENTY-ONE (21), TOWNSHIP ONE HUNDRED SEVEN (107) NORTH, RANGE TWENTY-TWO (22) WEST, WASECA COUNTY, MINNESOTA.** | **11 USC § 522(d)(1)** | **1,932.64** | **335,000.00** |

FORM B6C
(6/90)

In re  **TODD JAMES CONWAY**          **KARIE HART CONWAY**          , **Case No.** _____

Debtor.                                                                    <strong>(If known)</strong>

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **INDIVIDUAL RETIREMENT ACCOUNT THROUGH EDWARD D. JONES 201 PROGRESS PARKWAY MARYLAND HEIGHTS, MO 63043-3042 #809-92581-X-X MATERIALS FOR ACCESS ARE IN DEBTORS' POSSESSION.** | **MSA § 550.37(24)** | **32,362.43** | **32,362.43** |
| **WEDDING RINGS AND OTHER MISCELLANEOUS AND UNREMARKABLE JEWELRY -- IN DEBTORS' POSSESSION. EXEMPTION CLAIM IS LIMITED TO THE WEDDING RINGS.** | **MSA § 550.37(4)(b)** | **500.00** | **700.00** |
| **WINGS FEDERAL CREDIT UNION 14985 GLAZIER AVENUE SUITE 100 APPLE VALLEY, MN 55124 CHECKING #XX455 WIFE'S EMPLOYMENT EARNINGS ARE DEPOSITED INTO THIS ACCOUNT.**<br><br>**DEBTOR WIFE WAS PAID ON OCTOBER 13, 2005, THE DATE OF FILING AND CLAIMS 75% WORTH OF THIS ACCOUNT AS EXEMPT WAGES.** | **MSA § 550.37(13), 571.922** | **1,471.30** | **1,961.74** |

FORM B6D
(12/03)

In re:  **TODD JAMES CONWAY**          **KARIE HART CONWAY**          .          Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7000666276**<br>**CHRYSLER FINANCIAL**<br>**P O BOX 2993**<br>**MILWAUKEE WI 53201 2993** | | J | **01/22/2005**<br>**Security Agreement**<br>**2005 DODGE DURANGO WITH 25,000 MILES -- ON LEASE WITH CHRYSLER FINANCIAL. -- IN DEBTORS' POSSESSION.**<br><br>**VALUE $30,000.00** | | | | **30,000.00** | **0.00** |
| ACCOUNT NO.   **401148710**<br>**MINNESOTA FIRST CREDIT & SAVINGS INC**<br>**660 WEST BRIDGE STREET**<br>**SUITE 300**<br>**OWATONNA MN 55060** | | J | **09/21/2004**<br>**Security Agreement**<br>**1983 ROCKWOOD CAMPER WITH 54,000 MILES -- IN DEBTORS' POSSESSION. DEBTORS DID TRY TO SELL THIS VEHICLE FOR $7,000.00 BUT THEY DID NOT GET ANY OFFERS.**<br><br>**VALUE $5,000.00** | | | | **4,000.00** | **0.00** |
| ACCOUNT NO.<br>**WELLS FARGO HOME MORTGAGE  INC**<br>**CORRESPONDENCE X2501 01T**<br>**1 HOME CAMPUS**<br>**DES MOINES  IA 50328 0001**<br><br>**WELLS FARGO FINANCIAL**<br>**MAC F4859-011**<br>**500 RAINTREE ROAD**<br>**SUITE 45**<br>**MANKATO MN 56001** | | J | **12/04/1992**<br>**Mortgage**<br>**HOMESTEAD LOCATED AT 14402 WOODVILLE DRIVE WASECA, MN 56093 LEGALLY DESCRIBED AS FOLLOWS:**<br><br>**LOT TEN (10), IN BLOCK FOUR (4), THE HIGHLANDS, BEING  IN THE NORTHWEST QUARTER (NW 1/4) OF SECTION TWENTY-ONE (21), TOWNSHIP ONE HUNDRED SEVEN (107) NORTH, RANGE TWENTY-TWO (22) WEST, WASECA COUNTY, MINNESOTA.**<br><br>**VALUE $335,000.00** | | | | **333,067.40** | **0.00** |
| ACCOUNT NO.<br>**WINGS FINANCIAL FEDERAL CREDIT UNION**<br>**14985 GLAZIER AVNEUE**<br>**SUITE 100**<br>**APPLE VALLEY MN 55124 6539** | | J | **08/19/2001**<br>**Security Agreement**<br>**1996 MAXUM 19 FOOT BOAT WITH 190 HP MERC CRUISER MOTOR -- IN DEBTORS' POSSESSION.  VALUE LISTED IS FOR THE WHOLE RIG.**<br><br>**VALUE $7,000.00** | | | | **6,759.00** | **0.00** |

0 Continuation sheets attached

|  |  |
|---|---|
| **Subtotal** ➤<br>(Total of this page) | **$373,826.40** |
| **Total** ➤<br>(Use only on last page) | **$373,826.40** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re  **TODD JAMES CONWAY**                    **KARIE HART CONWAY**                    Case No. _____
                         Debtor                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

Form B6E - Cont.
(04/04)

In re **TODD JAMES CONWAY**　　　　**KARIE HART CONWAY**　　　, Case No. _____

Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢ | $0.00
(Total of this page)

**Total** ➢ | $0.00
**(Use only on last page of the completed Schedule E.)**

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **TODD JAMES CONWAY**     **KARIE HART CONWAY**     Case No.
_____
Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5682**<br>CITI CARD SERVICES<br>P O  BOX 6000<br>THE LAKES  NV 89163  6000 | | J | 04/15/2004<br><br>CREDIT PURCHASES | | | | 2,910.37 |
| ACCOUNT NO. **2037**<br>CITIFINANCIAL<br>129 WEST BROADWAY<br>OWATONNA MN 55060<br><br>CITIFINANCIAL<br>P O BOX 183041<br>COLUMBUS OH 43218 3041 | | J | 04/15/2004<br><br>CREDIT PURCHASES | | | | 1,445.11 |
| ACCOUNT NO. **5342**<br>CITIFINANCIAL RETAIL SERVICES<br>P O BOX 22060<br>TEMPE AZ 85285 2060 | | J | 10/10/2004<br><br>CREDIT PURCHASES | | | | 300.95 |
| ACCOUNT NO. **3107**<br>DISCOVER CARD SERVICES<br>P O BOX 15192<br>WILMINGTON DE 19850 5192 | | J | 10/02/2004<br><br>CREDIT PURCHASES | | | | 3,070.09 |
| ACCOUNT NO. **2203**<br>DISCOVER CARD SERVICES<br>P O BOX 15192<br>WILMINGTON DE 19850 5192 | | J | 04/15/2004<br><br>CREDIT PURCHASES | | | | 4,713.85 |

_4_   Continuation sheets attached

Subtotal        ➤

Total        ➤              | $12,440.37 |

Form B6F - Cont.
(12/03)

In re  **TODD JAMES CONWAY**_____ **KARIE HART CONWAY**_____.  Case No. _____
_____Debtor_____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4675**<br><br>**GAP**<br>**P O BOX 981064**<br>**EL PASO TX 79998 1064** | | **J** | 06/17/2005<br><br>**CREDIT PURCHASES** | | | | 290.78 |
| ACCOUNT NO.  **0133**<br><br>**GE MONEY BANK**<br>**P O BOX 960061**<br>**ORLANDO FL 32896 0061** | | **J** | 06/17/2004<br><br>**CREDIT PURCHASES** | | | | 285.37 |
| ACCOUNT NO.  **4370**<br><br>**HOME DEPOT CREDIT SERVICES**<br>**P O BOX 689100**<br>**DES MOINES IA 50368 9100** | | **J** | 10/10/2004<br><br>**CREDIT PURCHASES** | | | | 963.32 |
| ACCOUNT NO.  **774-152**<br><br>**MARSHALL FIELDS CREDIT**<br>**P O BOX 8097**<br>**LORAIN OH 44055 8097** | | **J** | 03/14/2004<br><br>**CREDIT PURCHASES** | | | | 2,082.56 |
| ACCOUNT NO.  **7975**<br><br>**MBNA AMERICA**<br>**P O BOX 15026**<br>**WILMINGTON  DE 19850 5026** | | **J** | 03/13/2004<br><br>**CREDIT PURCHASES** | | | | 3,953.22 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

**$7,575.25**

Form B6F - Cont.
(12/03)

In re **TODD JAMES CONWAY**          **KARIE HART CONWAY**          . Case No. _____
      Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0125**<br>**RETAIL SERVICES BEST BUY**<br>**P O BOX 15521**<br>**WILMINGTON DE 19850 5521** | | J | **05/15/2004**<br>**CREDIT PURCHASES** | | | | 2,218.97 |
| ACCOUNT NO.  **0154**<br>**RETAIL SERVICES MENARDS**<br>**P O BOX 15521**<br>**WILMINGTON DE 19850 5521** | | J | **05/16/2004**<br>**CREDIT PURCHASES** | | | | 202.80 |
| ACCOUNT NO.<br>**ROUNDBANK**<br>**200 2ND STREET NE**<br>**P O BOX 667**<br>**WASECA MN 56093** | | J | **12/12/2004**<br>**OVERDRAFT FEES AND READY RESERVE** | | | | 1,000.00 |
| ACCOUNT NO.  **3901**<br>**SAMS CLUB CREDIT**<br>**P O BOX 981064**<br>**EL PASO TX 79998 1064** | | J | **07/18/2004**<br>**CREDIT PURCHASES** | | | | 263.26 |
| ACCOUNT NO.  **9293**<br>**SEARS CARD**<br>**P O BOX 69224**<br>**THE LAKES NV 88901 6924** | | J | **11/01/2004**<br>**CREDIT PURCHASES** | | | | 3,855.55 |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

$7,540.58

Form B6F - Cont.
(12/03)

In re   **TODD JAMES CONWAY**          **KARIE HART CONWAY**          . Case No. _____
       Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8130** <br><br> **SEARS GOLD MASTERCARD** <br> **P O BOX 6922** <br> **THE LAKES NV 88901 6922** | | J | **01/22/2004** <br><br> **CREDIT PURCHASES** | | | | **448.14** |
| ACCOUNT NO.   **1570** <br><br> **SEVENTH AVENUE** <br> **1112 7TH AVENUE** <br> **MONROE WI 53566 1364** | | J | **09/18/2003** <br><br> **CREDIT PURCHASES** | | | | **87.18** |
| ACCOUNT NO.   **7330** <br><br> **WELLS FARGO FINANCIAL** <br> **P O BOX 98798** <br> **LAS VEGAS NV 89193 8798** | | J | **10/01/2003** <br><br> **CREDIT PURCHASES** | | | | **2,081.17** |
| ACCOUNT NO.   **6152** <br><br> **WELLS FARGO FINANCIAL** <br> **P O BOX 98798** <br> **LAS VEGAS NV 89193 8798** <br><br><br> **WELLS FARGO FINANCIAL** <br> **500 RAINTREE ROAD** <br> **SUITE 45** <br> **MANKATO MN 56001** | | J | **03/22/2004** <br><br> **CREDIT PURCHASES** | | | | **925.00** |
| ACCOUNT NO.   **1441** <br><br> **WELLS FARGO FINANCIAL NATIONAL BANK** <br> **P O BOX 94498** <br> **LAS VEGAS NV 89193 4498** | | J | **09/02/2003** <br><br> **CREDIT PURCHASES** | | | | **1,252.45** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

**$4,793.94**

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **TODD JAMES CONWAY**          **KARIE HART CONWAY**          .  Case No. _____
_____          _____

Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0001**<br><br>**WFNNB DRESSBARN**<br>**P O BOX 659704**<br>**SAN ANTONIO TX 78265 9704** | | J | **10/10/2004**<br><br>**CREDIT PURCHASES** | | | | 106.55 |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)          **$106.55**

Total ➢

**(Use only on last page of the completed Schedule F.)**          **$32,456.69**

(Report also on Summary of Schedules)

Form B6G
(10/89)

**In re:**  **TODD JAMES CONWAY**  **KARIE HART CONWAY**  , **Case No.** _____

 **Debtor**  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CHRYSLER FINANCIAL**<br>**P O BOX 2993**<br>**MILWAUKEE WI 53201 2993** | **LEASE OF 2005 DODGE DURANGO -- LEASE, AT THIS POINT, WILL BE ASSUMED.** |

B6H
(6/90)

In re: **TODD JAMES CONWAY**                    **KARIE HART CONWAY**    .    **Case No.** _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(12/03)

**In re**    **TODD JAMES CONWAYKARIE HART CONWAY**      , **Case No.** _____
<br>
               **Debtor**                                                      **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **CHILD** | **8** |
| | **CHILD** | **5** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **FLIGHT ATTENDANT** | **FLIGHT ATTENDANT** |
| Name of Employer | **NORTHWEST AIRLINES** | **NORTHWEST AIRLINES** |
| How long employed | **16 YEARS** | **16 YEARS** |
| Address of Employer | **2700 LONE OAK PARKWAY EAGAN, MN 55121 1534** | **2700 LONE OAK PARKWAY EAGAN, MN 55121 1534** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 4,339.14 | $ | 4,339.14 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 4,339.14 | $ | 4,339.14 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 728.52 | $ | 728.52 |
| b. Insurance | $ | 116.30 | $ | 116.30 |
| c. Union dues | $ | 98.20 | $ | 98.20 |
| d. Other (Specify)   **AD&D** | $ | 0.00 | $ | 19.20 |
| **CHILD LIFE INSURANCE** | $ | 0.00 | $ | 2.40 |
| **LONG TERM DISABILITY INSURANCE** | $ | 0.00 | $ | 40.86 |
| **SPOUSE LIFE INSURANCE** | $ | 0.00 | $ | 4.40 |
| **TERM LIFE INSURANCE WIFE** | $ | 0.00 | $ | 35.20 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 943.02 | $ | 1,045.08 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,396.12 | $ | 3,294.06 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 3,396.12 | $ | 3,294.06 |

TOTAL COMBINED MONTHLY INCOME     **$ 6,690.18**     (Report also on Summary of Schedules)

Form B6I
(12/03)

**In re**    **TODD JAMES CONWAYKARIE HART CONWAY**        , **Case No.** _____

                         **Debtor**                                                           **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following
the filing of this document:                    **NONE**

**Form B6J**
**(6/90)**

In re    **TODD JAMES CONWAYKARIE HART CONWAY**                    ,    Case No.

      Debtor                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,081.00 |
| Are real estate taxes included?    Yes _____    No ✓ | | |
| Is property insurance included?    Yes _____    No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 280.00 |
|      Water and sewer | $ | 125.00 |
|      Telephone | $ | 90.00 |
|      Other    **GARBAGE** | $ | 35.00 |
| Home maintenance (repairs and upkeep) | $ | 150.00 |
| Food | $ | 600.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | 135.00 |
|      Life | $ | 0.00 |
|      Health | $ | 0.00 |
|      Auto | $ | 137.00 |
|      Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **REAL ESTATE TAXES** | $ | 200.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | 530.00 |
|      Other    **1996 MAXUM 19 FOOT BOAT** | $ | 274.00 |
|      **ROCKWOOD CAMPER** | $ | 145.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    **AUTOMOBILE LICENSE AND REPAIRS** | $ | 55.00 |
|      **CHILD EDUCATION RELATED EXPENSES** | $ | 150.00 |
|      **GROOMING** | $ | 125.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 6,012.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
|           (interval) | | |

Official Form 6 - Cont .
(12/03)

In re: **TODD JAMES CONWAY**          **KARIE HART CONWAY**                    ,          Case No. _____
                    **Debtor**                                                                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **10/13/2005** _____          Signature:  **s/ TODD JAMES CONWAY** _____
                                                                                        **TODD JAMES CONWAY**

Date:  **10/13/2005** _____          Signature:  **s/ KARIE HART CONWAY** _____
                                                                                        **KARIE HART CONWAY**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re: **TODD JAMES CONWAY**         **KARIE HART CONWAY**         Case No. _____
**8964**                                  **2489**                       Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 79,555.00 | **EMPLOYMENT COMBINED** | **2003** |
| 87,213.00 | **EMPLOYMENT COMBINED** | **2004** |
| 39,765.09 | **EMPLOYMENT--HUSBAND EMERSON NETWORK POWER 299 JOHNSON AVENUE WASECA, MN 56093 WIFE'S EMPLOYER HAS FILED CHAPTER 11 BANKRUPTCY AND SHE WILL LIKELY HAVE A 20% TO 30% WAGE DECREASE AND MAY LOSE HER JOB ENTIRELY. WHILE IT MAY THERE IS SURPLUS INCOME NOW, IT WILL LIKELY EVAPORATE AS THE CHAPTER 11 PROGRESSES.** | **2005** |
| 33,055.71 | **EMPLOYMENT--WIFE NORTHWEST AIRLINES 2700 LONE OAK PARKWAY EAGAN, MN 55121** | **2005** |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

None ☑

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.   Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

| | | |
|---|---|---|
| **ESKENS, GIBSON & BEHM LAW FIRM, CHT** | **10/04/2005** | **$1,209.00** |
| **115 EAST HICKORY STREET** | | |
| **SUITE 200** | | |
| **P.O. BOX 1056** | | |
| **MANKATO, MN 56002-1056** | | |

## 10.  Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS | DOCKET NUMBER | STATUS OR |
|---|---|---|
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18.  Nature, location and name of business

None
☑

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  <u>**10/13/2005**</u>                                     Signature       <u>**s/ TODD JAMES CONWAY**</u>
                                                         of Debtor       **TODD JAMES CONWAY**

Date  <u>**10/13/2005**</u>                                     Signature       <u>**s/ KARIE HART CONWAY**</u>
                                                         of Joint        **KARIE HART CONWAY**
                                                         Debtor

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re:  **TODD JAMES CONWAY**          **KARIE HART CONWAY**          Case No. _____

**8964**                              **2489**                              Chapter  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property To Be Surrendered.*

Description of Property                              Creditor's Name

      **None**

    b.  *Property To Be Retained.*                              *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1.  **2005 DODGE DURANGO WITH 25,000 MILES -- ON LEASE WITH CHRYSLER FINANCIAL. -- IN DEBTORS' POSSESSION.** | **CHRYSLER FINANCIAL** | | | **X** | |
| 2.  **1983 ROCKWOOD CAMPER WITH 54,000 MILES -- IN DEBTORS' POSSESSION. DEBTORS DID TRY TO SELL THIS VEHICLE FOR $7,000.00 BUT THEY DID NOT GET ANY OFFERS.** | **MINNESOTA FIRST CREDIT & SAVINGS INC** | | | **X** | |
| 3.  **HOMESTEAD LOCATED AT 14402 WOODVILLE DRIVE WASECA, MN 56093 LEGALLY DESCRIBED AS FOLLOWS:** **LOT TEN (10), IN BLOCK FOUR (4), THE HIGHLANDS, BEING IN THE NORTHWEST QUARTER (NW 1/4) OF SECTION TWENTY-ONE (21), TOWNSHIP ONE HUNDRED SEVEN (107) NORTH, RANGE TWENTY-TWO (22) WEST, WASECA COUNTY, MINNESOTA.** | **WELLS FARGO HOME MORTGAGE INC** | | | **X** | |

b.    *Property To Be Retained.*                                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **4.    1996 MAXUM 19 FOOT BOAT WITH 190 HP MERC CRUISER MOTOR -- IN DEBTORS' POSSESSION.  VALUE LISTED IS FOR THE WHOLE RIG.** | **WINGS FINANCIAL FEDERAL CREDIT UNION** | | | **X** | |

Date:    __10/13/2005__                        __s/ TODD JAMES CONWAY__
                                              Signature of Debtor

Date:    __10/13/2005__                        __s/ KARIE HART CONWAY__
                                              Signature of Joint Debtor

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**TODD JAMES CONWAY**
**8964**
**KARIE HART CONWAY**
**2489** _____,

Debtor(s).

Case No. BKY _____

Chapter ___**7**___ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code , states that:

1.  The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.  (a) The filing fee paid by the under-signed to the clerk for the debtor(s) in this case is:        $ _____ **209.00**

    (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:        $ _____ **1,000.00**

    c) Prior to filing this statement, the debtor(s) paid to the undersigned:        $ _____ **1,000.00**

    (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:        $ _____ **0.00**

3.  The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.  The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.  The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated: **10/13/2005** _____

Signed: **/S/ STEPHEN J. BEHM** _____

**STEPHEN J. BEHM**
**Bar no: 263758**
Attorney for Debtor(s)

**ESKENS, GIBSON & BEHM LAW FIRM,**
**CHTD.**
**115 EAST HICKORY STREET**
**SUITE 200**
**P.O. BOX 1056**
**MANKATO, MN 56002-1056**
**(507) 345-5500**

LOCAL RULE REFERENCE: 1007-1

**B 201** (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| 10/13/2005 | s/ TODD JAMES CONWAY | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

| 10/13/2005 | s/ KARIE HART CONWAY |
|---|---|
| Date | Signature of Joint Debtor |