## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Case No. 05-39434 DDO
Chapter 7

In Re:

Todd James Conway and
Karie Hart Conway,
        Debtors.

### ORDER

The above entitled matter before the Court for hearing on September 6, 2006, on the motion of DaimlerChrysler Financial Services Americas, L.L.C., the successor in interest to DaimlerChrysler Services North America, L.L.C., ("DaimlerChrysler"), seeking relief from the automatic stay of 11 U.S.C. § 362(a). Appearances are as noted in the Court's record.

Based on the proceedings had on said date, the statement of counsel and all the files and records herein, the Court now find that cause exists entitling DaimlerChrysler to relief from the automatic stay.

NOW, THEREFORE, **IT IS HEREBY ORDERED** that:

1. The automatic stay of 11 U.S.C. §362(a) is immediately terminated to DaimlerChrysler and DaimlerChrysler is authorized to terminate its Lease and take possession of the subject motor vehicle, a 2003 Dodge Durango, VIN #1D4HS58N23F575893.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

DATED at Minneapolis, Minnesota, this 6th day of September, 2006.

BY THE COURT:

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/07/06
Lori A. Vosejpka, By DLR